Case: **2:26–cv–02024**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **1/8/2026**
Description: **Beard v. Bolton et al**